IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| WAYNE G. WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE COUNTY STATE'S ATTORNEY OFFICE, LAWRENCE COUNTY SHERIFF'S OFFICE, and LAWRENCE COUNTY CLERK OF COURT,<br><br>Defendants. | CV 17-00107-H-BMM-JTJ<br><br>COLLECTION ORDER |

To: Montana State Prison
500 Conley Lake Road
Deer Lodge, MT 59722

Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for the above-captioned action. *See* 28 U.S.C. § 1915 (b)(1), (2).

Accordingly, **IT IS HEREBY ORDERED:**

1. The Administrator of the Montana State Prison shall collect from Plaintiff's inmate account the $350.00 filing fee and forward payments to the Clerk of Court. The amount collected shall be 20% of the preceding month's

1

income credited to Plaintiff's prison inmate account, provided the preceding month's income exceeds $10.00. These monthly filing-fee payments shall be collected simultaneously with the payments required in other cases filed by Plaintiff. *See Bruce v. Samuels*, 136 S.Ct 627, 632 (2016). Said payments shall be clearly identified by the name and number assigned to this action.

2. Payments shall be sent to the Clerk of U.S. District Court, Russell E. Smith Courthouse, 201 East Broadway, P.O. Box 8537, Missoula, MT 59807.

3. The Clerk of Court is directed to serve a copy of this Order on Montana State Prison at the above address.

DATED this 3rd day of October, 2018.

                                         */s/ John Johnston*
                                         John Johnston
                                         United States Magistrate Judge

cc:    Wayne G. Woods, #2078766
       USDC Financial